DEVONIA DISCOUNT CORPORATION, Respondent, v. ANGELO H. BIANCHI, Doing Business as BIANCHI CONSTRUCTION COMPANY, Appellant, and Another, etc., Defendant.— No. 338. Motion to extend time granted on condition that the appeals be perfected for the April term (for which term they are set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. No. 339. Motion to dismiss appeals denied. Appeals ordered to

be placed on the April term calendar. No. 340. Motion to dismiss appeals from judgment and orders denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.